John P. Walovich [CA SBN 88271]
Mark D. Fenske [CA SBN 160640]
VOGL MEREDITH BURKE LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone:   (415) 398-0200
Facsimile:    (415) 398-2820
Email:         jwalovich@vmbllp.com
                    mfenske@vmbllp.com

Attorneys for Defendant
NEUTRON HOLDINGS INC., dba LIME

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDLER LEE HENKES, an individual, | Case No: 4:21-cv-00613-HSG |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |
| vs. | |
| NEUTRON HOLDINGS, INC., d/b/a LIME, a Delaware Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant NEUTRON HOLDINGS, INC., dba LIME may have additional time within which to answer or otherwise respond to Plaintiff's Complaint, up to and including March 12, 2021.

Good cause exists for this extension as Defendant was served with the Summons and Complaint on January 29, 2021, and its response to the Complaint is currently due by February 19, 2021. Defense counsel was only recently assigned to this case and requires time to gather information and become knowledgeable about the case to prepare an initial pleading. Further, Defendant is informed and believes that Plaintiff may have entered a user agreement containing a consent to binding arbitration of the claims asserted in the Complaint, and the parties wish to have additional time to examine the user agreement and consider whether arbitration is required.

///

The parties believe that this stipulation of time will not alter or affect any event or deadline currently fixed the Court in this matter.

IT IS SO STIPULATED

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: February 18, 2021           HARLAN LAW, P.C.

                                   By:   __/s/ Jordan Harlan__
                                         JORDAN HARLAN
                                         Attorneys for Plaintiff
                                         CHANDLER LEE HENKES

Dated: February 18, 2021           JOHNSON BECKER, PLLC

                                   By:   __/s/ Adam J. Kress__
                                         ADAM J. KRESS
                                         Attorneys for Plaintiff
                                         CHANDLER LEE HENKES

Dated: February 18, 2021           VOGL MEREDITH BURKE LLP

                                   By:   __/s/ John P. Walovich__
                                         JOHN P. WALOVICH
                                         MARK D. FENSKE
                                         Attorneys for Defendant
                                         NEUTRON HOLDINGS, INC. dba LIME

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/19/2021

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE