UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDLER LEE HENKES,<br><br>    Plaintiff,<br><br>    v.<br><br>NEUTRON HOLDINGS, INC.,<br><br>    Defendant. | Case No. 21-cv-00613-HSG<br><br>**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Re: Dkt. No. 15 |

The stipulation of the parties, Dkt. No. 15, is **GRANTED**, and all proceedings now pending in this Court are hereby **STAYED** pending the completion of arbitration. The parties are further **DIRECTED** to file a status report with the Court every 120 days from the date of this order and notify the Court within 48 hours of the completion of arbitration. The Court shall retain jurisdiction to confirm the arbitration award and enter judgment, if any, for purposes of enforcement.

**IT IS SO ORDERED.**

Dated: 4/23/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge