**HARLAN LAW, PC**
Jordon Harlan, Esq.
2404 Broadway, 2nd Floor
San Diego, CA  92102
Telephone:  619.870.0802
Facsimile:  619.870.0815
Email:  Jordon@harlanpc.com

**JOHNSON BECKER, PLLC**
Adam J. Kress, Esq.
444 Cedar Street, Suite 1800
St. Paul, MN  55101
Telephone:  612.436.1800
Facsimile:  612.436.1801
Email:  akress@johnsonbecker.com

*Attorneys for Plaintiff CHANDLER HENEKES*

**VOGL MEREDITH BURKE LLP**
John P. Walovich [CA SBN 88271**]**
Mark D. Fenske [CA SBN 160640]
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 398-0200
Facsimile: (415) 398-2820
Email: jwalovich@vmbllp.com
mfenske@vmbllp.com

*Attorneys for Defendant NEUTRON HOLDINGS INC., dba LIME*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHANDLER LEE HENKES, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>NEUTRON HOLDINGS, INC., d/b/a LIME, a Delaware Corporation,<br><br>            Defendant. | Case No: 4:21-cv-00613-HSG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

Plaintiff through her counsel of record, stipulates to the dismissal of all claims against Defendant (collectively "The Parties"), as follows:

1. Plaintiff and Defendant in the above-captioned action resolved their disputes.

2. The Parties stipulate to the voluntary dismissal with prejudice of all claims which were or could have been alleged or brought by Plaintiff against Defendant in this civil action.

3. This Stipulation does not involve any admission of liability or fault by Defendant.

4. Costs shall not be assessed against any Party to this stipulation. Each Party is to pay its own attorneys' fees and costs.

**JOHNSON BECKER, PLLC**

Dated: July 25, 2022      */s/ Adam J. Kress*
Adam J. Kress, Esq.
(MN #0397289)
*Admitted Pro Hac Vice*
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
Email: akress@johnsonbecker.com

*In association with*:

**HARLAN LAW, P.C**

Jordon Harlan, Esq. (CA #273978).
2404 Broadway, 2nd Floor
San Diego, CA 92102
Telephone: (619) 870-0802
Fax: (619) 870-0815
Email: jordon@harlanpc.com

- AND –

**VOGL MEREDITH BURKE LLP**

*/s/ John P. Walovich*
John P. Walovich [CA SBN 88271**]**
Mark D. Fenske [CA SBN 160640]
456 Montgomery Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 398-0200
Facsimile: (415) 398-2820
Email: jwalovich@vmbllp.com
mfenske@vmbllp.com

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

### ORDER

The Court having considered the Stipulation of the parties, it is hereby ordered that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 7/25/2022

_Haywood S. Gill, Jr._